```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         S1 24cr497(DLC)
            -v-                          :
                                         :              ORDER
ABEL ROSARIO and BIANNEURY PENA,         :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an arraignment and initial conference will be held on **December 5, 2024 at 3:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.  At that conference, the parties shall be prepared to address the July 15, 2025 trial date and the January 10, 2025 deadline for motions.

SO ORDERED:

Dated:   New York, New York
         December 2, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge