

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Abel Rosario and Bianneury Pena, S1 24 Cr. 497 (DLC)

Dear Judge Cote:

The Government writes respectfully to request a one-week extension of the deadline to oppose the motion to suppress filed by defendant Bianneury Pena in the above-referenced case. *See* Dkts. 34-36. Both undersigned government counsel are preparing for trial in other matters. The additional time would allow government counsel to adequately respond to Pena's motion while also addressing their pressing trial obligations. Counsel for Pena consents to this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   */s/ Ryan W. Allison*
      Ryan W. Allison
      Ashley Nicolas
      Assistant United States Attorneys

cc: Counsel of Record (by ECF)

Granted.
/s/ Denise Cote
3/3/25