```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :
                                           :
              -v-                          :    24cr497-2(DLC)
                                           :
BIANNEURY PENA,                            :        ORDER
                                           :
                         Defendant.        :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a hearing regarding the defendant's motion to suppress is scheduled for April 16, 2025 at 10:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007. The hearing will be confined to the sole factual dispute raised by the defendant's motion, i.e., whether Stuey sat down after smelling the defendant Pena's bag and a second time after smelling defendant Rosario's bag.

IT IS FURTHER ORDERED that by no later than April 9, the parties shall disclose any anticipated witnesses and exhibits in connection with this hearing.

Dated:  New York, New York
        March 25, 2025

_____
          DENISE COTE
United States District Judge