```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     24cr497-2(DLC)
            -v-                          :
                                         :        ORDER
BIANNEURY PENA,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the March 25, 2025 Order in this case, the parties were to disclose any anticipated witnesses for the April 16 suppression hearing by April 9, 2025. The Government identified one witness. The defendant identified no witnesses. Accordingly, it is hereby

ORDERED that the April 16 hearing will proceed with the single witness identified by the Government in the April 9 letter.

Dated:   New York, New York
         April 11, 2025

                                       _____
                                             DENISE COTE
                                       United States District Judge