```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
              -v-                        :    24cr497-2(DLC)
                                         :
BIANNEURY PENA,                          :       ORDER
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the hearing regarding the defendant's motion to suppress scheduled for April 16, 2025 is moved to 11:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 on the same date.

Dated:   New York, New York
         April 16, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge