UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      S2 24cr497-2(DLC)
            -v-                          :
                                         :           ORDER
BIANNEURY PENA,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that an arraignment on the S2 indictment is scheduled for **June 5, 2025 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:    New York, New York
          May 30, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge