```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    24cr497 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
ABEL ROSARIO and BIANNEURY PENA,         :
                                         :
            Defendants.                  :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the trial in this case originally scheduled for July 15 shall begin on **July 14, 2025** at **9:30 AM**. Please refer to the Order issued on May 1, 2025 for all other information regarding the trial.

Dated:    New York, New York
            June 20, 2025

                                        _____
                                             DENISE COTE
                                  United States District Judge