```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    24cr497-2 (DLC)
                                       :
            -v-                        :        ORDER
                                       :
BIANNEURY PENA,                        :
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On June 13, 2025, the defendant moved for a Bill of Particulars. It is hereby

ORDERED that the Government shall file any opposition to the defendant's June 13 motion by **June 25, 2025**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

Dated:   New York, New York
         June 20, 2025

                                            _____
                                                    DENISE COTE
                                            United States District Judge