```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     24cr497-2 (DLC)
                                     :
          -v-                        :     ORDER
                                     :
BIANNEURY PENA,                      :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On June 24, 2025, the defendant filed a motion <u>in limine</u> to preclude expert testimony. It is hereby

ORDERED that the Government shall file any opposition to the defendant's June 24 motion by **June 27, 2025** at 10:00 AM. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

Dated:   New York, New York
         June 25, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge