```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :   24cr497-2(DLC)
                                           :
            -v-                            :   ORDER
                                           :
BIANNEURY PENA,                            :
                                           :
                  Defendant.               :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference in this case originally scheduled for June 27 is rescheduled to **June 30, 2025** at **2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          June 27, 2025

_____
DENISE COTE
United States District Judge