```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        24cr497-2 (DLC)
          -v-                            :
                                         :           ORDER
BIANNEURY PENA,                          :
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference scheduled for June 30 is rescheduled to **July 1, 2025** at **3:30 P.M.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          June 27, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge