```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    24cr497-2 (DLC)
        -v-                              :
                                         :        ORDER
BIANNEURY PENA,                          :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the Government's July 3, 2025 motion <u>in limine</u>,

    IT IS HEREBY ORDERED that the defendant shall file any response by **July 8, 2025** at **12:00 PM**.

Dated:    New York, New York
            July 3, 2025

                                     _____
                                           DENISE COTE
                                United States District Judge