```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :      24cr497-2 (DLC)
         -v-                              :
                                          :           ORDER
BIANNEURY PENA,                           :
                                          :
                   Defendant.             :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On July 4, 2025, the defendant filed a letter seeking leave to file submissions partially under seal. In general, motions in limine address the admissibility of evidence and arguments at trial. The parties have a right to consider and to respond to each other's arguments. They also have a responsibility to try to resolve any disputes in consultation with each other and to bring only unresolved disputes to the Court for a ruling. Accordingly, in general, motions in limine should not be resolved on the basis of ex parte submissions. It is hereby

ORDERED that should either the Government or the defendant wish to make an argument through an ex parte submission, they may do so with the understanding that the Court will decide

whether the submission should be shared with the adversary before ruling on the motion in limine.

Dated:   New York, New York
         July 4, 2025

_____
DENISE COTE
United States District Judge