UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                              :
UNITED STATES OF AMERICA,             :
                                              :         24cr497-2 (DLC)
         -v-                                 :
                                              :             ORDER
BIANNEURY PENA,                         :
                                              :
                     Defendant.         :
                                              :
------------------------------------------X

DENISE COTE, District Judge:

    Upon the application of the defendant, Bianneury Pena, by and through his attorneys, it is hereby

    ORDERED that the Metropolitan Detention Center, Brooklyn ("MDC") shall accept the following clothing for the defendant to use during his trial, which will take place between July 14, 2025 and July 18, 2025: five undershirts, five pairs of socks, a pair of shoes, five dress shirts, three suit pants, three suit jackets, and three neckties.  The clothing shall be made available to the defendant prior to each court date.

    IT IS FURTEHR ORDERED that counsel for the defendant shall deliver a copy of this Order and the specified clothing to the appropriate personnel at MDC.

Dated:    New York, New York
           July 7, 2025

                                           _____
                                                DENISE COTE
                                        United States District Judge