```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :   24cr497-2 (DLC)
            -v-                          :
                                         :   ORDER
BIANNEURY PENA,                          :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 7, 2025, the defendant filed a letter arguing, among other things, that certain of the felony predicates identified by the Government in its requests to charge are not legally cognizable and should be struck from the charge. It is hereby

ORDERED that by **July 8, 2025** at **10:00 a.m.** the defendant shall identify each of the Government's eight predicate felonies that in his view should be struck from the charge.

Dated:   New York, New York
         July 7, 2025

                              _____
                                       DENISE COTE
                              United States District Judge