Case 1:24-cr-00497-DLC    Document 141    Filed 10/02/25    Page 1 of 1

Case 1:24-cr-00497-DLC    Document 140    Filed 10/01/25    Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 1, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *The parties received the draft PSR on 9/5. Sentence will be adjourned to 10/24 at 3:00 pm. The defense submission is due Oct. 16; the Government's submission is due Oct. 22.*
>
> *Denise Cote*
> *10/2/25*

Re:    *United States v. Bianneury Pena*, 24 Cr. 497 (DLC)

Dear Judge Cote:

The Government writes respectfully on behalf of the parties to request a brief adjournment of the sentencing in the above-captioned matter and of the related deadlines for the parties' submissions. As described in more detail below, such an adjournment will provide the parties with an opportunity to narrow any outstanding factual or legal disputes in advance of sentencing.

At the conclusion of trial, the Court scheduled sentencing for 2:00 p.m. on October 17, 2025, with the defendant's sentencing submission due on October 3, 2025 and the Government's submission due on October 10, 2025. The parties have reviewed a draft of the Presentencing Investigation Report ("PSR"), the Government is currently in the process of responding to numerous factual and legal objections raised by the defendant, and the Probation Office represents that it intends to release a final draft of the PSR on or about October 9, 2025.

The parties therefore respectfully request that the Court adjourn the current dates for sentencing submissions to provide both parties with sufficient time to review the final PSR and determine where, if at all, factual and legal disputes may be resolved in advance of sentencing.

In addition, defense counsel has represented to the Government that the requested time will provide for adequate time to time to further review and discuss the PSR with their client and to prepare for sentencing. Accordingly, the parties respectfully request that the defense be permitted to file its sentencing submission by October 16, 2025 with the Government's response due by October 23, 2025. If the Court is amenable to that schedule, the parties are available for sentencing on October 30 or 31, 2025, if either date works for the Court's schedule. The parties are of course prepared to proceed as the Court orders. Thank you for the Court's consideration of this matter.